## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CATHERINE KASIDONIS,
    Plaintiff,

    vs.

NATIONSTAR MORTGAGE, LLC,
    Defendant.

Case No. 1:14-cv-815
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to compel interrogatory responses (Doc. 66) and plaintiff's motion for an extension of time for defendants to respond to plaintiff's interrogatories (Doc. 67).

Pursuant to the undersigned's Standing Order on Civil Procedures, motions relating to discovery may not be filed absent certain prerequisites:

> **Motions Relating to Discovery:** With the exception of cases involving an incarcerated pro se litigant, **this Court does not permit discovery motions**, i.e. motions to compel or motions for protective order regarding discovery disputes, **unless and until** counsel/pro se parties use the following procedure: Counsel/pro se parties must first attempt to resolve the discovery dispute by extrajudicial means. *See* Fed. R. Civ. P. 37(a)(1); S.D. Ohio Civ. R. 37.1. This Court defines "extrajudicial means" as requiring counsel/pro se parties to try to resolve the matter **both in writing and telephonically**. If counsel/pro se parties are unable to resolve the dispute between themselves, then they must contact the Courtroom Deputy, Arthur Hill, by telephone (513-564-7690), to schedule an informal discovery conference with the Court.

(Standing Order, Section D(2), at page 3, www.ohsd.uscourts.gov/FPLitkovitz). Plaintiff has not complied with the above procedure. Accordingly, plaintiff's motion to compel (Doc. 66) and motion to extend the time for defendant to respond to interrogatories (Doc. 67) are **DENIED**.

    **IT IS SO ORDERED**.

Date: 11/30/16

Karen L. Litkovitz
United States Magistrate Judge