IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE KASIDONIS, | ) | Case No. 1:14-cv-815 |
| | ) | |
| Plaintiff, | ) | DISTRICT JUDGE BLACK |
| | ) | |
| v. | ) | MAGISTRATE JUDGE LITKOVITZ |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

On Motion of Defendant Nationstar Mortgage LLC ("Nationstar") and for good cause shown, the remaining trial schedule is extended by ninety (90) days to allow for a decision on Nationstar's Motion for Judgment on the Pleadings or for Summary Judgment before the parties would need to incur pretrial and trial preparation expenses.

A final pretrial is scheduled for June 30, 2017 at 2:00 a.m./**p.m.**

A bench trial is scheduled to commence on July 17, 2017 at 9:00 **a.m.**/p.m.

IT IS SO ORDERED.

Date: 2/15/17

Karen L. Litkovitz
United States Magistrate Judge